UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

AIR WAVES, INC., a Florida corporation,
d/b/a Siesta Key Water Sports as owner
of Motor Vessel, that certain 2002 Godfrey    CASE NO:8:09-cv-1964-T-30MAP
Hurricane 201 Deck Boat, VIN:
GDYS623J102, her engines, tackle and
appurtenances, for Exoneration from or
Limitation of Liability.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the case indicates that there are no pending issues to be resolved by the Court and the file may be closed. In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is dismissed.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 5, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*S:\Even\2009\09-cv-1964.dismissal.wpd*