**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

AIR WAVES, INC., a Florida corporation,
d/b/a Siesta Key Water Sports as owner of
Motor Vessel, that certain 2002 Godfrey          Case No: 8:09-CV-1964-T-30MAP
Hurricane 201 Deck Boat, VIN:
GDYS623J102, her engines, tackle and
appurtenances, for Exoneration from
or Limitation of Liability.

_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #25). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #25) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Motion to Stay Limitation of Liability Action and to Lift Injunction Restraining Actions Against Plaintiff (Dkt. #19) is GRANTED.

3. This Court adopts and approves the Claimants' Stipulation (Dkt. #18) and incorporates its provisions by reference in this Order.

4. This Court stays and administratively closes this matter pending resolution of the State Court action.

5. The Clerk is directed to administratively close this file.

6. Within fourteen (14) days of notification of resolution of the State Court action, counsel are directed to file an appropriate motion or notice with this Court to either dismiss this case or reopen the matter to proceed with litigation.

**DONE** and **ORDERED** in Tampa, Florida on August 24, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2009\09-cv-1964.adopt 25.wpd